UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES SAMUEL,

               Plaintiff,

-against-

ANTHONY LOPEZ, *et al.*,

               Defendants.

19-CV-8706 (CM)

CIVIL JUDGMENT

      By order issued October 15, 2019, the Court dismissed this action but granted Plaintiff thirty days' leave to replead his claims in an amended complaint. Plaintiff has not filed an amended complaint. Pursuant to the order issued October 15, 2019, dismissing the complaint

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 4, 2019
           New York, New York

                                      COLLEEN McMAHON
                                      Chief United States District Judge